ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Family Entertainment Services, Inc. D/B/A IMC | ) | ASBCA No. 59161 |
| | ) | |
| Under Contract No. W9124E-12-D-0001 | ) | |

APPEARANCE FOR THE APPELLANT:      Mr. William Johnson
    President

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    CPT Evan C. Williams, JA
    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 July 2014

MONROE E. FREEMAN, JR.
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59161, Appeal of Family Entertainment Services, Inc. D/B/A IMC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals